1 | JAMES E. SMYTH II
Nevada Bar No. 6506
2 | LISA J. ZASTROW
Nevada Bar No. 9727
3 | KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
4 | 8345 West Sunset Road, Suite 250
Las Vegas, Nevada  89113
5 | Telephone:   (702) 792-7000
Fax:            (702) 796-7181
6

### UNITED STATES DISTRICT COURT

7

### DISTRICT OF NEVADA

8

AMY HECHT,                                                    Case No. 2:07-CV-1200-PMP-LRL

9
                        Plaintiff,
10 | vs.

11 | SUMMERLIN LIFE ZAND HEALTH              **ORDER GRANTING EX-PARTE**
INSURANCE COMPANY, an SHAC, LLC, a       **MOTION TO REMOVE COUNSEL**
12 | Nevada limited liability company, dba        **FROM CM/ECF SERVICE LIST AND**
SAPPHIRE GENTLEMENT'S CLUB,                **REQUEST TO DISCONTINUE NOTICE**
13 |                                                          **AND SPECIAL NOTICE**
                        Defendants.
14

15      The Court having reviewed the Ex Parte Motion to Remove Counsel from CM/ECF Service

16 | List and Request for Discontinuation of Notice of Special Notice filed by Lisa Zastrow, Esq., of the

17 | law firm of Kaempfer Crowell Renshaw Gronauer & Fiorentino, and Good Cause Appearing, it is

18 | hereby

19      ORDERED, Lisa J. Zastrow, Esq., be removed from CM/ECF service list for this matter, it

20 | is further

21      ORDERED, the Clerk of Court is directed to take necessary action to effectuate this Order.

22 | DATED this ___24th___ day of ___November_____, 2010.

23

24

_____
UNITED STATED MAGISTRATE JUDGE